# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 19-100 - In re: Golden

**Date of docketing:** October 3, 2018

A petition for writ of mandamus has been filed.

**Name of petitioner(s):** Larry Golden

**Name of respondent(s),** if known: United States

**Related action(s):** if known: United States Court of Federal Claims case no. 1:13-cv-00307-EGB

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

Unrepresented parties should refer to the Guide for Pro Se Petitioners and Appellants at http://www.cafc.uscourts.gov/pro-se/.

**Attachments** (to unrepresented parties only):

- Caption sheet
- General Information and Overview of a Case in the Federal Circuit
- Required forms:
    - Entry of Appearance
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to petitioners owing the docketing fee)

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court


cc: United States Court of Federal Claims
Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice
Larry Golden
Nicholas Jae-Ryoung Kim